374 A.2d 720

Hyde, Appellant, v. Astro Manufacturing Company, Inc.

Argued April 11, 1977. Howard A. Minsky, with him Alan J. Scheimer, for appellant; H. Ray Pope, with him Pope & Pope, for appellee.

Judgment affirmed.

VAN der VOORT, J., absent.

374 A.2d 720

J. Castellucci Excavating, et al. v. Transamerica Insurance Company, et al., Appellants.

Argued April 14, 1977. Allen N. Brunwasser, for appellants; Frank J. Kernan, with him Plowman and Spiegel, for appellee.

Judgment affirmed.

PRICE and VAN der VOORT, JJ., absent.